**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01167-CV
### No. 05-14-01168-CV

### IN RE CRAIG WATKINS, Relator

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00257-V, F13-54696-V**

## ORDER
Before Justices O'Neill, Lang, and Brown

The Court **DENIES** real party in interest's motion to lift the stay issued in the Court's order of September 11, 2014.

The Court requests that real party in interest file a response to relator's petition for writ of mandamus by **September 22, 2014**.

/s/    MICHAEL J. O'NEILL
        JUSTICE